UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HARNER,<br><br>                              Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>                              Defendant. | Case No.: 18cv1993-LL-MDD<br><br>**ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE** |

    On May 17, 2021, Judge Whelan set a six-day jury trial for this case to begin on March 8, 2022. ECF Nos. 38, 39. On January 3, 2022, the case was transferred to Judge Benitez. ECF Nos. 41, 42. On January 4, 2022, the case was transferred to Judge Burnes, and Defendant filed six Motions In Limine, including a motion to bifurcate Plaintiff's claim for punitive damages into a second phase if the jury returns a verdict awarding Plaintiff actual damages as well as malice, fraud or oppression by clear and convincing evidence. ECF No. 43. On January 5, 2022, the case was transferred to the below signed district judge. ECF No. 45.

    The March 8, 2022 trial date is **VACATED**. The parties are **ORDERED** to appear for a video status conference with the below signed district judge on **January 20, 2022** at **10:00 a.m. PST**. Clients and representatives are not required to attend. Additionally, on or

before **January 13, 2022**, the parties **SHALL FILE** a joint status report regarding the bifurcation of Plaintiff's claim for punitive damages, trial preparations, a new deadline for filing and responding to motions in limine, the number of motions in limine that will be filed, a new hearing date on motions in limine, a new trial date, and any other issues that need to be addressed before trial. To facilitate the video conference format, the Court **ORDERS** the following:

    1.    The Court will use its official Zoom video conferencing account to hold the conference. The Zoom software is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app (Zoom Cloud Meetings). Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the conference. There is a cost-free option for creating a Zoom account.

    2.    Prior to the start of the conference, the Court will email each participant an invitation to join a Zoom video conference. Participants shall join the conference by following the ZoomGov Meeting hyperlink in the invitation. Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a virtual waiting room until the conference begins.

    3.    Each participant should plan to join the Zoom conference at least five minutes before the start of the conference. The Zoom email invitation may indicate an earlier start time, but the conference will begin at the Court-scheduled time.

    **IT IS SO ORDERED**.

Dated:  January 6, 2022

                                          Honorable Linda Lopez
                                          United States District Judge