UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HARNER,<br><br>                Plaintiff,<br>v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>                Defendant. | Case No.: 18cv01993-LL-MDD<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, return the following verdict on the questions submitted to us:

**I.  BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

**Question 1:**

Did USAA GIC fail to conduct a full, fair, prompt, and thorough investigation of all the bases of Paul Harner's claim?

_____Yes  √  No

*Please proceed to the next question.*


**Question 2:**

Did USAA GIC unreasonably delay payment of policy benefits?

_____Yes  √  No

*If your answer to this question is yes, please proceed to the next question.*

*If your answer to Questions 1 and 2 is no, please proceed to Section II.*

**Question 3:**

    Did Paul Harner suffer harm?

    _____Yes _____No

    *If your answer to this question is yes, proceed to the next question.*

    *If you answered no, please proceed to Section II.*

**Question 4:**

    Was a substantial factor in causing Paul Harner's harm either USAA GIC's (1) failure to investigate the claim or (2) delay in payment of policy benefits?

    _____Yes _____No

    *Please proceed to Section II.*

## II.   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**Question 5:**

    Was USAA GIC's conduct outrageous?

    _____Yes ✓ No

    *If your answer to this question is yes, proceed to the next question.*

    *If your answer to this question is no, please proceed to Section III.*

**Question 6:**

    Did USAA GIC (1) intend to cause Paul Harner emotional distress or (2) act with reckless disregard of the probability that Paul Harner would suffer emotional distress?

    _____Yes _____No

    *If your answer to this question is yes, proceed to the next question.*

    *If your answer to this question is no, please proceed to Section III.*

**Question 7:**

    Did Paul Harner suffer severe emotional distress?

    _____Yes   _____No

*If your answer to this question is yes, proceed to the next question.*

*If your answer to this question is no, please proceed to Section III.*

**Question 8:**

    Was USAA GIC's conduct a substantial factor in causing Paul Harner's severe emotional distress?

    _____Yes   _____No

*If you answered yes to this question, please proceed to Section III.*

*Only if you answered no to <u>both</u> Questions 4 and 8, please stop here, answer no further questions, disregard the damages sections, and have the presiding juror sign and date this form.*

### III. DAMAGES

**Question 9:**

    What are Paul Harner's damages?

    **Economic Damages:**      $ \_\_—\_\_\_\_\_

    **Non-Economic Damages:**    $ \_\_—\_\_\_\_\_

    **TOTAL:**      $ \_\_○\_\_\_\_\_

*Please proceed to the next question.*

**Question 10:**

If you wish to award Paul Harner interest on any damages you have decided he suffered, from what date do you wish the interest on Paul Harner's damages to have begun to accrue?

_____/_____/_____

Month/Day/Year

*Please continue onto the next question.*

## IV. PUNITIVE DAMAGES

**Question 11:**

Did an officer, director, or managing agent of USAA GIC engage in conduct with malice, oppression, or fraud?

_____Yes   \_\_✓\_\_No

*Please continue onto the next question.*

**Question 12:**

Did one or more officers, directors, or managing agents of USAA GIC either adopt, authorize, or approve conduct constituting malice, oppression, or fraud?

_____Yes   \_\_✓\_\_No

You have now completed this verdict form. The presiding juror should date and sign this verdict form and notify the Court that you are ready to present your verdict in the courtroom.

DATED: \_\_MAY\_\_, 31, 2022   Presiding Juror Signature: \_\_[signature]\_\_